## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Criminal No. 07-687 (JAG) |
| v. | : | |
| | : | **ORDER** |
| FIRAS AL-SALIBI, a/k/a "Joseito | : | |
| Montalvo," a/k/a "Azra Eliaho," | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on Defendant Firas Al-Salibi's motion to suppress

evidence, pursuant to FED. R. CRIM. P. 41(h); and it appearing that this Court reviewed the

parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause

appearing,

IT IS on this 27th day of June, 2008,

ORDERED that Defendant's motion to suppress evidence (Docket Entry No. 12),

pursuant to FED. R. CRIM. P. 41(h), is denied; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the

date of entry of this Order.

 S/Joseph A. Greenaway, Jr.

JOSEPH A. GREENAWAY, JR., U.S.D.J.
