UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIRAS AL-SALIBI. | Criminal Action No.: 07-cr-00687(PGS)<br><br><br>**ORDER** |

This matter comes before the Court on Defendant Firas Al-Salibi's ("Defendant") motion for ineffective assistance of counsel ("Defendant's Motion for Ineffective Assistance of Counsel"). Because this issue is properly resolved via a petition filed pursuant to 28 U.S.C. § 2255, and because on April 20, 2010, Defendant filed such a petition pursuant to 28 U.S.C. § 2255 in Case Number 10-cv-1996 (SDW), this Court will not rule upon Defendant's Motion for Ineffective Assistance of Counsel;

IT IS on this 20th day of October 2010,

ORDERED that Defendant's Motion for Ineffective Assistance of Counsel (Docket Entry 74) is ~~termed~~ administratively terminated.

_____
PETER G. SHERIDAN, U.S.D.J.